STATE OF NEW JERSEY v. MATTHEW BREWER.

May 2, 1989.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF A.S.

May 2, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. BENJAMIN FRANKLIN.

May 2, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. DONNIE RITTENHOUSE.

May 2, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. LEVONE HYMAN.

May 2, 1989.

Petition for certification denied.